IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Ex. Rel., LINDA R. HASELOH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV240 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SAUNDERS MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | | |

The United States has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). Accordingly, the Court rules as follows:

**IT IS ORDERED:**

1. The Complaint (filing 1) shall be unsealed and served upon Defendant by the relator.

2. This Order and the Government's Notice of Election to Decline Intervention (filing 6) shall be served by the relator on Defendant after service of the Complaint.

3. All other contents of the file in this action shall remain under seal and shall not be made public or served upon Defendant.

4. The seal is lifted as to all other matters occurring in this action after the date of this Order.

5. The parties shall electronically serve all pleadings, motions, supporting memoranda, and notices of appeal in this case on the United States, as provided in 31 U.S.C. § 3730(c)(3).

6. The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

7. The Clerk of Court is directed to electronically serve all orders of this Court on the United States, and to maintain the United States as a party entitled to notice of proceedings and filings in this action.

8. The parties shall solicit the written consent of the United States and seek court approval before dismissing, settling, or otherwise discontinuing this case.

**DATED March 20, 2013.**

          **BY THE COURT:**

          **S/ F.A. Gossett, III**
          **United States Magistrate Judge**