IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Ex. Rel., LINDA R. HASELOH, <br><br> Plaintiff, <br><br> vs. <br><br> SAUNDERS MEDICAL CENTER, <br> a statutorily-created division of <br> Saunders County, Nebraska, <br><br> Defendant. | Case No. 8:12CV240 <br><br> ORDER |

Upon notice of settlement through mediation, sent to the chambers of the presiding and magistrate judges by Terry A. White, counsel for Relator,

**IT IS ORDERED:**

1. On or before **December 18, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference with the undersigned, set for April 27, 2015, is cancelled upon the representation that this case is settled.

Dated: November 19, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge